Plaintiff's Counsel
Daryl D. Parks
Parks & Crump LLC
240 North Magnolia Drive
Tallahassee, Florida 32301
(850) 222-3333
(850) 224-6679 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | ] Case No. M:05-CV-01699-CRB <br> ] <br> ] MDL NO. 1699 <br> ] <br> ] **STIPULATION AND ORDER OF** <br> ] **DISMISSAL WITH PREJUDICE** |
| This Document Relates To: | |
| *Mary E. Baker, et al. vs. Pfizer, Inc.* <br> *MDL No. 07-02222:* <u>*Plaintiff Betty Brasher*</u> | |

Comes now the Plaintiff, Betty Brasher, and Defendant, Pfizer, Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of Plaintiff, Betty Brasher's action only, with each side bearing its own attorneys' fees and costs.

Dated: __March 15__ 2009      By: _____
Daryl D. Parks
Parks & Crump LLC
240 North Magnolia Drive
Tallahassee, Florida 32301
(850) 222-3333
(850) 224-6679 (fax)
Email: dparks@parkscrump.com

Counsel for Plaintiff.

Dated: __May 11__ 2009      By: _____
Michelle W. Sadowsky
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (fax)

Counsel for Defendant, Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __May 13__ 2009      By: _____
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*