Plaintiff's Counsel
Daryl D. Parks
Parks & Crump LLC
240 North Magnolia Drive
Tallahassee, Florida 32301
(850) 222-3333
(850) 224-6679 (Fax)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | ] Case No. M:05-CV-01699-CRB ]<br>] MDL NO. 1699 ] |
| This Document Relates To: | ] **STIPULATION AND ORDER OF**<br>] **DISMISSAL WITH PREJUDICE** ] |
| *Mary E. Baker, et al. vs. Pfizer, Inc.*<br>MDL No. 07-02222: *Plaintiff Bobby Williams* | ]<br>]<br>]<br>] |

Comes now the Plaintiff, Bobby Williams, and Defendant, Pfizer, Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of Plaintiff, Bobby Williams's action only, with each side bearing its own attorneys' fees and costs.

Dated: March 15, 2009          By: /s/ Daryl D. Parks
                                   Daryl D. Parks
                                   Parks & Crump LLC
                                   240 North Magnolia Drive
                                   Tallahassee, Florida 32301
                                   (850) 222-3333
                                   (850) 224-6679 (fax)
                                   Email: dparks@parkscrump.com

                                   Counsel for Plaintiff.

Dated: May 11, 2009            By: /s/ Michelle W. Sadowsky
                                   Michelle W. Sadowsky
                                   DLA PIPER US LLP
                                   1251 Avenue of the Americas
                                   New York, New York  10020-1104
                                   (212) 335-4625
                                   (212) 884-8675 (fax)

                                   Counsel for Defendant, Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 13, 2009

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION OF DISMISSAL WITH PREJUDICE