Plaintiff's Counsel
Daryl D. Parks
Parks & Crump LLC
240 North Magnolia Drive
Tallahassee, Florida 32301
(850) 222-3333
(850) 224-6679 (Fax)

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Mary E. Baker, et al. vs. Pfizer, Inc.*<br>*MDL No. 07-02222:* <u>*Plaintiff Curtis Stokes*</u> | ] Case No. M:05-CV-01699-CRB<br>]<br>] MDL NO. 1699<br>]<br>] **STIPULATION AND ORDER OF**<br>] **DISMISSAL WITH PREJUDICE**<br>]<br>]<br>]<br>]<br>] |

    Comes now the Plaintiff, Curtis Stokes, and Defendant, Pfizer, Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of Plaintiff, Curtis Stokes's action only, with each side bearing its own attorneys' fees and costs.

Dated: March 18, 2009          By: /s/ Daryl D. Parks
                               Daryl D. Parks
                               Parks & Crump LLC
                               240 North Magnolia Drive
                               Tallahassee, Florida 32301
                               (850) 222-3333
                               (850) 224-6679 (fax)
                               Email: dparks@parkscrump.com

                               Counsel for Plaintiff.

Dated: May 11, 2009            By: /s/ Michelle W. Sadowsky
                               Michelle W. Sadowsky
                               DLA PIPER US LLP
                               1251 Avenue of the Americas
                               New York, New York  10020-1104
                               (212) 335-4625
                               (212) 884-8675 (fax)

                               Counsel for Defendant, Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 13, 2009            By: /s/ Charles R. Breyer
                               United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION OF DISMISSAL WITH PREJUDICE