Plaintiff's Counsel
Daryl D. Parks
Parks & Crump LLC
240 North Magnolia Drive
Tallahassee, Florida 32301
(850) 222-3333
(850) 224-6679 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | ] Case No. M:05-CV-01699-CRB ] ] MDL NO. 1699 ] ] **STIPULATION AND ORDER OF** |
| This Document Relates To: | ] **DISMISSAL WITH PREJUDICE** ] |
| *Mary E. Baker, et al. vs. Pfizer, Inc.* *MDL No. 07-02222:* <u>*Plaintiff Edna Scott Brown*</u> | ] ] ] ] |

Comes now the Plaintiff, Edna Scott Brown, and Defendant, Pfizer, Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of Plaintiff, Edna Scott Brown's action only, with each side bearing its own attorneys' fees and costs.

Dated: March 18, 2009    By: /s/

Daryl D. Parks
Parks & Crump LLC
240 North Magnolia Drive
Tallahassee, Florida 32301
(850) 222-3333
(850) 224-6679 (fax)
Email: dparks@parkscrump.com

Counsel for Plaintiff.

Dated: May 11, 2009    By: /s/

Michelle W. Sadowsky
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
(212) 335-4625
(212) 884-8675 (fax)

Counsel for Defendant, Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 13, 2009    By: /s/
United States District

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL WITH PREJUDICE