Plaintiff's Counsel
Daryl D. Parks
Parks & Crump LLC
240 North Magnolia Drive
Tallahassee, Florida 32301
(850) 222-3333
(850) 224-6679 (Fax)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | ] Case No. M:05-CV-01699-CRB <br> ] <br> ] MDL NO. 1699 <br> ] |
| This Document Relates To: | ] **STIPULATION AND ORDER OF** <br> ] **DISMISSAL WITH PREJUDICE** <br> ] |
| *Mary E. Baker, et al. vs. Pfizer, Inc.* <br> *MDL No. 07-02222:  Plaintiff Joe Lee* | ] <br> ] <br> ] <br> ] |

Comes now the Plaintiff, Joe Lee, and Defendant, Pfizer, Inc., by and through the undersigned

attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate

to the dismissal with prejudice of Plaintiff, Joe Lee's action only, with each side bearing its own

attorneys' fees and costs.

1

Dated: _March 18_ 2009

By: _____

Daryl D. Parks
Parks & Crump LLC
240 North Magnolia Drive
Tallahassee, Florida 32301
(850) 222-3333
(850) 224-6679 (fax)
Email: dparks@parkscrump.com

Counsel for Plaintiff.

Dated: _____May 11_____ 2009

By: _____

Michelle W. Sadowsky
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
(212) 335-4625
(212) 884-8675 (fax)

Counsel for Defendant, Pfizer, Inc.


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____May 13,____ 2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
United States District Court
Judge Charles R. Breyer

2