Plaintiff's Counsel
Daryl D. Parks
Parks & Crump LLC
240 North Magnolia Drive
Tallahassee, Florida 32301
(850) 222-3333
(850) 224-6679 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Mary E. Baker, et al. vs. Pfizer, Inc.*<br>*MDL No. 07-02222:* <u>*Plaintiff Mary E. Baker*</u> | ] Case No. M:05-CV-01699-CRB<br>]<br>] MDL NO. 1699<br>]<br>] **STIPULATION AND ORDER OF**<br>] **DISMISSAL WITH PREJUDICE**<br>]<br>]<br>]<br>]<br>] |

Comes now the Plaintiff, Mary E. Baker, and Defendant, Pfizer, Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of Plaintiff, Mary E. Baker's action only, with each side bearing its own attorneys' fees and costs.

Dated: **March 18** 2009   By: /s/ 

Daryl D. Parks
Parks & Crump LLC
240 North Magnolia Drive
Tallahassee, Florida 32301
(850) 222-3333
(850) 224-6679 (fax)
Email: dparks@parkscrump.com

Counsel for Plaintiff.

Dated: **May 11** 2009   By: /s/

Michelle W. Sadowsky
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (fax)

Counsel for Defendant, Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **May 13,** 2009   By: /s/
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA